IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| APRIL RAGLAND, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Civil Action No. 17-cv-06367 |
| v. | ) | |
| | ) | Hon. Robert M. Dow |
| HUNTER WARFIELD, INC., | ) | |
| | ) | Magistrate Judge Maria Valdez |
| | ) | |
| DEFENDANT. | ) | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, that the above referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation/Notice of Dismissal with Prejudice herein.

Dated: October 10, 2017

                                                              Respectfully submitted,

                                                              By: */s/Celetha C. Chatman*

Celetha Chatman
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com

**CERTIFICATE OF SERVICE**

  I, Celetha Chatman, an attorney, hereby certify that on October 10, 2017, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: October 10, 2017**                   Respectfully submitted,

                         By:  /s/ *Celetha Chatman*