### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| APRIL RAGLAND, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No. 17-cv-06367 |
| v. ) | |
| ) | Hon. Robert M. Dow |
| HUNTER WARFIELD, INC., ) | |
| ) | Magistrate Judge Maria Valdez |
| ) | |
| DEFENDANT. ) | |

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) (1) (A) (i) of the Federal Rules of Civil Procedure, the above-titled action against Defendant shall be dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

Dated: November 15, 2017

                                                      Respectfully submitted,

                                                      /s/ *Celetha Chatman*
                                                      Celetha C. Chatman

Michael Wood
Celetha Chatman
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
mwood@communitylawyersgroup.com
cchatman@communitylawyersgroup.com

## CERTIFICATE OF SERVICE

I, Celetha Chatman, an attorney, hereby certify that on November 15, 2017, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: November 15, 2017**                                       Respectfully submitted,

                                                                    By:  /s/ *Celetha Chatman*