**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
**Eastern Division**

April Ragland
                        Plaintiff,

v.                                         Case No.: 1:17–cv–06367
                                                        Honorable Robert M. Dow Jr.

Hunter Warfield, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 16, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the notice of voluntary dismissal [10] filed on 11/15/17, this action is dismissed with prejudice and on the merits, with each side to bear its own fees and costs. Status hearing set for 11/16/17 is stricken. Civil case terminated. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.